UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA                    PLAINTIFF

VS.                       5:06cr52-01

ANTHONY TERRELL HARRIS                      DEFENDANT(S)

### ORDER MODIFYING CONDITIONS OF RELEASE

The defendant, Anthony Terrell Harris, was ordered to participate in substance abuse therapy or counseling as directed by the U.S. Probation Office as a condition of release signed March 3, 2006. The defendant is further directed to submit to drug testing as stated in condition 7(q) on the Order Setting Conditions of Release. All other conditions remain the same.

IT IS SO ORDERED this 20th day of March 2006.

NUNC PRO TUNC to March 3, 2006.

_____
U.S. MAGISTRATE JUDGE JOHN F. FORSTER, JR.