UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                   4:06cr52-01   WRW

ANTHONY TERRELL HARRIS                                             DEFENDANT(S)

ORDER

By agreement of the government and the U. S. Probation Office, the Order Setting Conditions of Release is amended to remove the time restrictions as to curfew condition 7(t), pending the outcome of the revocation hearing scheduled Wednesday, September 13, 2006 at 10:00 a.m.  Defendant is directed to provide employment records to his U. S. Probation Officer.  The remaining conditions remain in full effect.

The Clerk is directed to issue a summons for defendant to appear Wednesday, September 13, 2006 at 10:00 a.m. before Judge Forster on the motion to revoke bond (doc #29) to show cause why conditions of release should not be revoked and deliver summons to U. S. Marshal's Office for service.  The hearing will be held at the Richard Sheppard Arnold U. S. Courthouse, Courtroom 545, Little Rock, Arkansas.

The motion to withdraw filed by attorney Randall B. Tolley (doc #28) will also be addressed at this hearing.  Attorney Tolley is directed to appear.

IT IS SO ORDERED this  6th  day of September 2006.

                                        /s/ John F. Forster, Jr.
                                        U.S. Magistrate Judge